**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**EARL DAVIS**                                                    **CIVIL ACTION**

**VERSUS**                                                         **NO.  10-1213**

**BURL CAIN, WARDEN**                                  **SECTION "I"(4)**


# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the objection by petitioner, Earl Davis,

which is hereby **OVERRULED**, approves the Report and Recommendation of the United States

Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Earl Davis's petition for issuance of a writ of habeas corpus pursuant

to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this _____5th_____ day of April, 2011.


LANCE M. AFRICK
**UNITED STATES DISTRICT JUDGE**